# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2610 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 236 DB 2018 |
| BRIAN JOSEPH SMITH | : | |
| | : | Attorney Registration No. 68911 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW,** this 18th day of March, 2022, upon consideration of the parties' responses to the Court's rule to show cause dated January 6, 2022, the rule is made absolute, and the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).